UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2014 FEB -7 PM 3: 49

ROBERT N. TRGOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. |
| | ) | |
| KAREN L. STONE | ) | 29 U.S.C. § 501(c) |

2 14CR 012

## FELONY INFORMATION

**THE UNITED STATES ATTORNEY CHARGES**:

From in or about May 2007 and continuing through in or about September 2011, in the Northern District of Indiana,

**KAREN L. STONE,**

defendant herein, while an employee of The International Brotherhood of Boilermakers and working out of Local 374, a labor organization engaged in an industry affecting interstate and foreign commerce and subject to the Labor-Management Reporting and Disclosure Act of 1959, did unlawfully and willfully embezzle, steal, abstract, and convert to her own use the money, funds, property, and other assets of said labor organization;

All in violation of Title 29, United States Code, Section 501(c).

DAVID A. CAPP
UNITED STATES ATTORNEY

By: s/ Toi Denise Houston
Toi Denise Houston
Assistant United States Attorney